AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| INTERNATIONAL FUR TRADE FEDERATION <br><br> *Plaintiff(s)* <br><br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO and GRANT COLFAX <br><br> *Defendant(s)* | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CITY AND COUNTY OF SAN FRANCISCO
c/o Office of the City Attorney of San Francisco
City Hall, Room 234
1 Dr. Carlton B. Goodlett Pl.
San Francisco, CA 94102

   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Michael Tenenbaum, Esq.
The Office of Michael Tenenbaum, Esq.
1431 Ocean Ave., Ste. 400
Santa Monica, CA  90401-2136

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  01/13/2020     _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| INTERNATIONAL FUR TRADE FEDERATION <br><br> *Plaintiff(s)* <br><br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO and GRANT COLFAX <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  GRANT COLFAX
c/o Office of the City Attorney of San Francisco
City Hall, Room 234
1 Dr. Carlton B. Goodlett Pl.
San Francisco, CA 94102

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Michael Tenenbaum, Esq.
The Office of Michael Tenenbaum, Esq.
1431 Ocean Ave., Ste. 400
Santa Monica, CA  90401-2136

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   01/13/2020                                 _____
*Signature of Clerk or Deputy Clerk*