DENNIS J. HERRERA, State Bar #139669
City Attorney
WAYNE SNODGRASS, State Bar #148137
AILEEN M. McGRATH, State Bar # 280846
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:     (415) 554-4691
Facsimile:      (415) 554-4699
E-Mail:         aileen.mcgrath@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO; and
DR. GRANT COLFAX, an individual, in his official capacity as
Director of the San Francisco Department of Public Health

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL FUR TRADE FEDERATION, an unincorporated association,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; and DR. GRANT COLFAX, an individual, in his official capacity as Director of the San Francisco Department of Public Health,<br><br>    Defendants. | Case No. 3:20-cv-00242-RS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS COMPLAINT UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6)**<br><br>Hearing Date:    May 7, 2020<br>Time:            1:30 p.m.<br>Place:           Honorable Judge Richard Seeborg<br>                 United States District Court<br>                 Courtroom 3 – 17th Floor<br>                 450 Golden Gate Avenue<br>                 San Francisco, CA 94102<br><br>Action Filed:    January 13, 2020<br>Trial Date:      None set. |
| THE HUMANE SOCIETY OF THE UNITED STATES and ANIMAL LEGAL DEFENSE FUND,<br><br>    [Proposed] Defendant-Intervenors. | |

**[PROPOSED] ORDER**

Defendants' Motion to Dismiss Plaintiff's Complaint came on regularly for hearing on Thursday, May 7, 2020 at 1:30 p.m. in Courtroom 3, 17th Floor of the United States District Court, San Francisco, the Honorable Richard Seeborg presiding.  Michael Tenenbaum, Esq. appeared on behalf of Plaintiff International Fur Trade Federation ("Plaintiff").  Aileen McGrath, Esq. appeared on behalf of Defendants City and County of San Francisco and Dr. Grant Colfax ("Defendants").  Having heard argument and considered the papers filed by the parties, the Court hereby GRANTS Defendants' Motion to Dismiss Plaintiff's Complaint in its entirety and without leave to amend under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) on the grounds that Plaintiff lacks standing to pursue this action and, in the alternative, fails to state a claim upon which relief can be granted.

**IT IS SO ORDERED**:

Dated:_____            _____
                                       The Honorable Richard Seeborg
                                       UNITED STATES DISTRICT COURT