Michael Tenenbaum, Esq. (No. 186850)
*mt@post.harvard.edu*
THE OFFICE OF MICHAEL TENENBAUM, ESQ.
1431 Ocean Ave., Ste. 400
Santa Monica, CA  90401
Tel    (424) 246-8685
Fax   (424) 203-4285

*Counsel for Plaintiff International Fur Trade Federation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL FUR TRADE FEDERATION, an unincorporated association;<br><br>            Plaintiff,<br><br>     – against –<br><br>CITY AND COUNTY OF SAN FRANCISCO; and<br><br>DR. GRANT COLFAX, an individual, in his official capacity as Director of the San Francisco Department of Public Health;<br><br>            Defendants. | Case No. 3:20-cv-00242-RS<br><br>**STIPULATION AND [PROPOSED] ORDER RE BRIEFING AND HEARING SCHEDULE ON PENDING MOTIONS** |

Plaintiff International Fur Trade Federation ("IFF"), on the one hand, and Defendants City and County of San Francisco and Grant Colfax ("Defendants"), on the other (together with IFF, the "Parties"), hereby stipulate as follows:

WHEREAS IFF commenced this action with the filing of a complaint (Dkt. 1) on January 13, 2020, and Defendants waived service of summonses (Dkts. 10 & 11) such that their response to the complaint would be due on March 23, 2020;

WHEREAS, upon reassignment of this case to the Hon. Richard Seeborg on January 30, 2020, the Court scheduled an in-person case management conference for April 16, 2020 (Dkt. 9);

WHEREAS, on March 16, 2020, Defendants filed a motion to dismiss IFF's complaint (Dkt. 15), which has been scheduled for hearing on April 16, 2020;

WHEREAS IFF has indicated that it intends to file a cross-motion for summary judgment to be heard at the same time as Defendants' motion to dismiss (Tenenbaum Decl. ¶ 5);

WHEREAS counsel for the Parties have been conferring about this case over the past several weeks, including about scheduling issues in light of their pre-existing commitments as well as various constraints they face under the current circumstances, such as the state and local governments' recent stay-at-home orders (*id*. at ¶ 2);

WHEREAS the Parties wish to continue the hearing on Defendants' motion to dismiss to no sooner than June 4, 2020, to schedule the hearing on IFF's intended cross-motion for summary judgment for the same date as Defendants' motion, and to reset the existing and default briefing schedules to accommodate counsel's scheduling constraints (*id*. at ¶ 3);

WHEREAS the Parties believe the case management conference and prerequisite Rule 26(f) conference of counsel will either be more productive or will be moot if held after the Court rules on the Parties' potentially dispositive cross-motions (*id*. at ¶ 4);

WHEREAS, to avoid the need for a separate stipulation, counsel for the Parties have further stipulated with counsel for the two proposed intervenors (The Humane

Society of the United States and Animal Legal Defense Fund) to continue the hearing on their motion to intervene (Dkt. 12) and to reset the briefing schedule in order to accommodate counsel's scheduling constraints while at the same time enabling their motion to be heard on April 30, 2020, so that, in the event that they are permitted to intervene, their intended motion for judgment on the pleadings may be noticed for hearing on the same date as the Parties' potentially dispositive cross-motions (*id*. at ¶ 5); and

WHEREAS the Parties have not previously stipulated, and the Court has not previously ordered, any time modifications in this case, and the Parties believe that the requested scheduling will not materially delay the resolution of this case (*id*. at ¶ 6);

NOW, THEREFORE, the Parties and the proposed intervenors respectfully request that the Court enter an order on this stipulation which provides as follows:

1. The hearing on Defendants' motion to dismiss (Dkt. 15) is rescheduled to **June 11, 2020**; IFF's opposition shall be due by April 16, 2020, and Defendants' reply shall be due by April 30, 2020;

2. IFF may notice its intended cross-motion for summary judgment for hearing on **June 11, 2020**; IFF's motion shall then be due by April 30, 2020; Defendants' opposition shall be due by May 21, 2020; and IFF's reply shall be due by May 28, 2020;

3. The hearing on the proposed intervenors' motion to intervene (Dkt. 12) is rescheduled to **April 30, 2020**; any opposition shall be due by April 6, 2020, and any reply shall be due by April 13, 2020; and

4. The case management conference shall be continued until a date no earlier than 30 days from the date the Court rules on the Parties' potentially dispositive cross-

//
//
//
//

motions described above.

Dated:  March 23, 2020

/s/ Michael Tenenbaum
Michael Tenenbaum, Esq.
*mt@post.harvard.edu*
THE OFFICE OF MICHAEL TENENBAUM, ESQ.

*Counsel for Plaintiff International Fur Trade Federation*

/s/Aileen M. McGrath*

Aileen McGrath, Esq.
*aileen.mcgrath@sfcityatty.org*
DENNIS J. HERRERA, CITY ATTORNEY

*Attorneys for Defendants City and County of San Francisco; and Dr. Grant Colfax, an individual, in his official capacity as Director of the San Francisco Department of Public Health*

Dated:  March 23, 2020

/s/ Bruce A. Wagman*
Bruce A. Wagman, Esq.
*BWagman@rshc-law.com*
RILEY SAFER HOLMES & CANCILA LLP

*Attorneys for Proposed Defendant-Intervenors The Humane Society of the United States and Animal Legal Defense Fund*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  March __, 2020

_____
Hon. Richard Seeborg
United States District Judge

- 3 -
STIPULATION AND ORDER RE BRIEFING AND HEARING SCHEDULE ON PENDING MOTIONS

- 4 -

1  \*   Pursuant to Civil L.R. 5-1(i)(3), the filer of this document attests that concurrence
2  in the filing of the document has been obtained from each of the other electronic
3  signatories hereto.