UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL FUR TRADE FEDERATION,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants. | Case No. 20-cv-00242-RS<br><br>**ORDER GRANTING EXTENSIONS** |

Pursuant to the parties' stipulation, ECF No. 18, the hearing on the Humane Society's motion to intervene is rescheduled to April 30, 2020, and the hearing on defendant's motion to dismiss is rescheduled to June 11, 2020. The briefing deadlines are accordingly extended, as provided by the stipulation.

Plaintiff is advised that this Court will only entertain one motion for summary judgment, absent good cause, from each party over the course of this litigation. It is left to plaintiff to decide whether to file a cross-motion for summary judgment according to the scheduled provided in the stipulation.

**IT IS SO ORDERED**.

Dated: March 23, 2020

RICHARD SEEBORG
United States District Judge