DENNIS J. HERRERA, State Bar #139669
City Attorney
WAYNE SNODGRASS, State Bar #148137
AILEEN M. McGRATH, State Bar # 280846
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:    (415) 554-4691
Facsimile:    (415) 554-4699
E-Mail:       aileen.mcgrath@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO; and
DR. GRANT COLFAX, an individual, in his official capacity as
Director of the San Francisco Department of Public Health

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL FUR TRADE FEDERATION, an unincorporated association,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; and DR. GRANT COLFAX, an individual, in his official capacity as Director of the San Francisco Department of Public Health,<br><br>Defendants.<br><br>THE HUMANE SOCIETY OF THE UNITED STATES and ANIMAL LEGAL DEFENSE FUND,<br><br>Defendant-Intervenors. | Case No. 3:20-cv-00242-RS<br>**STIPULATION AND ORDER SETTING BRIEFING SCHEDULE AND HEARING DATE ON THE PARTIES' UPCOMING MOTIONS**<br><br>Action Filed:    January 13, 2020<br>Trial Date:      None set. |

STIPULATION RE: BRIEFING SCHEDULE
CASE NO. 3:20-cv-00242-RS

n:\govlit\li2020\200633\01443667.docx

WHEREAS, Defendant CITY AND COUNTY OF SAN FRANCISCO and DR. GRANT COLFAX, an individual, in his official capacity as Director of the San Francisco Department of Public Health (herein collectively, "Defendants") and Defendant-Intervenors THE HUMANE SOCIETY OF THE UNITED STATES and ANIMAL LEGAL DEFENSE FUND (herein collectively, "Defendant-Intervenors") anticipate filing motions to dismiss Plaintiff INTERNATIONAL FUR TRADE FEDERATION's (herein, "Plaintiff") First Amended Complaint under Federal Rule of Civil Procedure 12;

WHEREAS, pursuant to the Court's April 17, 2020 Order Granting Motion for Permissive Intervention (Dkt. No. 26), Defendants and Defendant-Intervenors are required to respond to the First Amended Complaint no later than May 4, 2020;

WHEREAS, Plaintiff has indicated it intends to file a Motion for Summary Judgment, or Motion for Partial Summary Judgment, under Federal Rule of Civil Procedure 56;

WHEREAS, subject to the Court's discretion and availability, the parties have agreed to set the hearing on these three motions for July 2, 2020;

WHEREAS, the parties have agreed upon a briefing schedule to accommodate the parties' availability, previously scheduled obligations, and the impact of the COVID-19 emergency;

WHEREAS, an Initial Case Management Conference is currently set for June 25, 2020;

WHEREAS, the parties agree that it would conserve judicial resources and the parties' resources for the Court to hold a Case Management Conference after the Rule 12 motions are decided;

WHEREAS, the parties believe that the requested scheduling modifications will not materially delay resolution of this case;

THEREFORE, IT IS HEREBY AGREED AND STIPULATED, subject to the Court's approval, that:

1. The parties agree to the following briefing schedule as to Defendants' Rule 12 motion:

| | |
|---|---|
| Defendants' opening brief: | May 4, 2020 |
| Plaintiff's opposition: | May 25, 2020 |
| Defendants' reply: | June 18, 2020 |

2. The parties agree to the following briefing schedule as to Defendant-Intervenors' Rule 12 motion:

| | |
|---|---|
| Defendant-Intervenors' opening brief: | May 11, 2020 |
| Plaintiff's opposition: | June 1, 2020 |
| Defendant-Intervenors' reply: | June 18, 2020 |

3. The parties agree to the following briefing schedule as to Plaintiff's Rule 56 motion:

| | |
|---|---|
| Plaintiff's opening brief: | May 14, 2020 |
| Defendants' opposition: | June 11, 2020 |
| Defendant-Intervenors' opposition: | June 11, 2020 |
| Plaintiff's replies: | June 18, 2020 |

4. The hearing on all three motions will be set for July 2, 2020 at 1:30 p.m.

5. The Initial Case Management Conference will be re-scheduled for July 16, 2020 at 10:00 a.m.

IT IS SO STIPULATED.

Dated: April 24, 2020

DENNIS J. HERRERA
City Attorney
WAYNE SNODGRASS
AILEEN M. MCGRATH
Deputy City Attorneys

By: s/Aileen M. McGrath

AILEEN M. MCGRATH
Attorneys for Defendants

CITY AND COUNTY OF SAN FRANCISCO; and DR. GRANT COLFAX, an individual, in his official capacity as Director of the San Francisco Department of Public Health

/ / /

/ / /

Dated: April 24, 2020            THE OFFICE OF MICHAEL TENENBAUM, ESQ.


                                 By: **s/Michael Tenenbaum

                                 Michael Tenenbaum, Esq.

                                 Attorneys for Plaintiff INTERNATIONAL FUR TRADE FEDERATION


Dated: April 24, 2020            RILEY SAFER HOLMES & CANCILA LLP


                                 By: **s/Bruce A. Wagman

                                 Bruce A. Wagman, Esq.

                                 Attorneys for Defendant-Intervenors THE HUMANE SOCIETY OF THE UNITED STATES and ANIMAL LEGAL DEFENSE FUND


Dated: April 24, 2020            THE HUMANE SOCIETY OF THE UNITED STATES


                                 By: **s/Nicholas Arrivo

                                 Nicholas Arrivo, Esq.

                                 Attorneys for Defendant-Intervenors THE HUMANE SOCIETY OF THE UNITED STATES


**PURSUANT TO GO 45, THE ELECTRONIC SIGNATORY HAS OBTAINED APPROVAL FROM THIS SIGNATORY.

STIPULATION RE: BRIEFING SCHEDULE         3              n:\govlit\li2020\200633\01443667.docx
CASE NO. 3:20-cv-00242-RS

Dated:  April 24, 2020            THE OFFICE OF MICHAEL TENENBAUM, ESQ.

                                  By: **s/Michael Tenenbaum

                                  Michael Tenenbaum, Esq.

                                  Attorneys for Plaintiff INTERNATIONAL FUR TRADE FEDERATION


Dated: April 24, 2020             RILEY SAFER HOLMES & CANCILA LLP

                                  By: **s/Bruce A. Wagman

                                  Bruce A. Wagman, Esq.

                                  Attorneys for Defendant-Intervenors THE HUMANE SOCIETY OF THE UNITED STATES and ANIMAL LEGAL DEFENSE FUND


Dated:  April 24, 2020            THE HUMANE SOCIETY OF THE UNITED STATES

                                  By: **s/Nicholas Arrivo

                                  Nicholas Arrivo, Esq.

                                  Attorneys for Defendant-Intervenors THE HUMANE SOCIETY OF THE UNITED STATES


**PURSUANT TO GO 45, THE ELECTRONIC SIGNATORY HAS OBTAINED APPROVAL FROM THIS SIGNATORY.

## ORDER

Pursuant to the stipulation of the parties and good cause appearing, Defendant-Intervenors' time to respond to the First Amended Complaint in this matter is extended to May 11, 2020.  The Initial Case Management Conference is rescheduled to July 16, 2020 at 10:00 a.m.  The briefing schedule and hearing dates on the parties' anticipated forthcoming motions is set as provided in the parties' stipulation.  The hearing on any such motions will be on July 2, 2020 at 1:30 p.m.

IT IS SO ORDERED.

Date: April 24, 2020

HONORABLE RICHARD SEEBORG
United States District Judge