1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**GENERAL ORDER FOR
ALL PENDING CIVIL CASES
BEFORE JUDGE RICHARD SEEBORG**

You are receiving this Order because you have a civil case pending before the undersigned. As a result of the current pandemic, the scheduling of civil matters in this Court going forward remains highly uncertain.  At this juncture, no assurances can be given as to when civil trials can be resumed, and if so, whether a further suspension due to public health developments will be necessary.  Accordingly, it would seem to be an optimal time for the parties to initiate or renew an exploration of possible settlement or some other form of alternative dispute resolution.  To that end, the parties are instructed to meet and confer telephonically within 30 days of the date of this Order to discuss the prospect of case resolution and by that date to file a joint report regarding the status of the case.  The joint report should conform to the template below.

* * *

Pursuant to the Court's Order instructing all civil litigants to engage in an additional meet and confer to discuss the possibility of settlement, the parties submit this joint report.  The parties engaged in a meet and confer on [DATE] to discuss the possibility of settlement.  The result of the meet and confer was as follows:

 [Check one]

1   _____   The case settled, and the parties will submit a filing to this effect within the next 30 days.

2   _____   Although the case did not settle, the parties made meaningful progress toward settlement
3           and therefore request the opportunity to engage in additional ADR.  Specifically, the
            parties request the following:
4                   _____
5                   _____
                    _____
6                   _____

7   _____   Despite a good-faith effort to reach a settlement at the meet and confer, the case did not
            settle.
8
    [Only if applicable] In addition, the parties wish to advise the Court of the following:
9                   _____
10                  _____
                    _____
11

                                    * * *
12

13  **IT IS SO ORDERED**.

14

15  Dated:  May 18, 2020

16                                              _____
17                                              RICHARD SEEBORG
                                                United States District Judge
18

19

20

21

22

23

24

25

26

27

28                                                  General Order for All Pending Civil Cases

                                         2