UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL FUR TRADE FEDERATION,<br><br>  Plaintiff,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>  Defendants. | Case No. 20-cv-00242-RS<br><br>**ORDER REGARDING MOTION FOR SUMMARY JUDGMENT** |

Defendants and intervenor-defendants have each filed motions to dismiss under Rule 12, which are set for a hearing on July 2, 2020. On that same date, plaintiff International Fur Trade Federation ("IFF") has noticed a motion for summary judgment under Rule 56.

As the Initial Case Management Conference in this matter has not yet been held, the parties have not yet been made aware that the undersigned permits only one Rule 56 motion per side during the entirety of the litigation, absent a showing of good cause. In light of that information, should IFF wish to withdraw its pending motion, it should do so promptly.

**IT IS SO ORDERED**.

Dated: May 22, 2020

_____
RICHARD SEEBORG
United States District Judge