Michael Tenenbaum, Esq. (No. 186850)
*mt@post.harvard.edu*
THE OFFICE OF MICHAEL TENENBAUM, ESQ.
1431 Ocean Ave., Ste. 400
Santa Monica, CA  90401
Tel    (424) 246-8685
Fax    (424) 203-4285

*Counsel for Plaintiff International Fur Trade Federation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL FUR TRADE FEDERATION, an unincorporated association;<br><br>Plaintiff,<br><br>– against –<br><br>CITY AND COUNTY OF SAN FRANCISCO; and<br><br>DR. GRANT COLFAX, an individual, in his official capacity as Director of the San Francisco Department of Public Health;<br><br>Defendants. | Case No. 3:20-cv-00242-RS<br><br>**STIPULATION AND [PROPOSED] ORDER ADJUSTING HEARING AND BRIEFING SCHEDULE ON PENDING MOTIONS** |

Plaintiff International Fur Trade Federation ("IFF"), Defendants City and County of San Francisco and Grant Colfax, and Intervenor-Defendants The Humane Society of the United States and Animal Legal Defense Fund (collectively, the "Parties"), hereby stipulate as follows:

WHEREAS, on April 24, 2020, the Court approved the Parties' stipulation setting the hearing on both Defendants' and Intervenors-Defendants' motions to dismiss (Dkts. 30 & 33) and IFF's cross-motion for summary judgment for July 2, 2020, approving the Parties' proposed briefing schedule, and rescheduling the Initial Case Management Conference to July 16, 2020 (Dkt. 29);

WHEREAS counsel for IFF has faced unanticipated difficulties in the preparation of IFF's motion for summary judgment (in addition to dealing with a serious recent medical issue), including delay in obtaining a declaration from a key witness/declarant whose son was just diagnosed with COVID-19 (Declaration of Michael Tenenbaum at ¶ 2);

WHEREAS the Parties have conferred by email and cooperated with each other to agree to modify the briefing schedule on IFF's motion for summary judgment, with a new proposed hearing date and Initial Case Management Conference date as set forth below, subject to the Court's discretion and availability (*id*. at ¶ 3);

WHEREAS the Parties continue to believe that their cross-motions should be heard at the same time and that it will conserve the Court's and their resources for the Initial Case Management Conference to be held after their potentially dispositive motions are decided (*id*. at ¶ 4); and

WHEREAS the adjusted schedule will not materially delay the resolution of this case (*id*. at ¶ 5);

NOW, THEREFORE, the Parties further stipulate and respectfully request that the Court for good cause enter an order approving their stipulation as follows:

1. The hearing on Defendants' and Intervenor-Defendants' motions to dismiss (Dkts. 30 & 34) and on IFF's motion for summary judgment will be on **July 23, 2020**, at 1:30 p.m.;

2. The briefing on IFF's motion for summary judgment shall be as follows:

| | |
|---|---|
| IFF's opening brief | May 22, 2020 |
| Defendants' opposition | June 25, 2020 |
| Intervenor-Defendants' opposition | June 25, 2020 |
| IFF's reply brief(s) | July 9, 2020 |

3. The Initial Case Management Conference is rescheduled to **August 7, 2020**, at 10:00 a.m.

Dated: May 22, 2020     /s/ Michael Tenenbaum

Michael Tenenbaum, Esq.
mt@post.harvard.edu
THE OFFICE OF MICHAEL TENENBAUM, ESQ.

*Counsel for Plaintiff International Fur Trade Federation*

Dated: May 22, 2020     /s/Aileen M. McGrath*

Aileen McGrath, Esq.
aileen.mcgrath@sfcityatty.org
DENNIS J. HERRERA, CITY ATTORNEY

*Attorneys for Defendants City and County of San Francisco; and Dr. Grant Colfax, an individual, in his official capacity as Director of the San Francisco Department of Public Health*

Dated: May 22, 2020     /s/ Bruce A. Wagman*

Bruce A. Wagman, Esq.
BWagman@rshc-law.com
RILEY SAFER HOLMES & CANCILA LLP

*Attorneys for Intervenor-Defendants The Humane Society of the United States and Animal Legal Defense Fund*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  May __, 2020

_____

Hon. Richard Seeborg
United States District Judge

\*        Pursuant to Civil L.R. 5-1(i)(3), the filer of this document attests that concurrence in the filing of the document has been obtained from each of the other electronic signatories hereto.