Michael Tenenbaum, Esq. (No. 186850)
*mt@post.harvard.edu*
THE OFFICE OF MICHAEL TENENBAUM, ESQ.
1431 Ocean Ave., Ste. 400
Santa Monica, CA  90401
Tel   (424) 246-8685
Fax   (424) 203-4285

*Counsel for Plaintiff International Fur Trade Federation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL FUR TRADE FEDERATION, an unincorporated association;<br><br>    Plaintiff,<br><br>– against –<br><br>CITY AND COUNTY OF SAN FRANCISCO; and<br><br>DR. GRANT COLFAX, an individual, in his official capacity as Director of the San Francisco Department of Public Health;<br><br>    Defendants. | Case No. 3:20-cv-00242-RS<br><br>**DECLARATION OF MICHAEL TENENBAUM IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER ADJUSTING HEARING AND BRIEFING SCHEDULE ON PENDING MOTIONS** |

I, Michael Tenenbaum, declare as follows:

1. I am a lawyer duly licensed in the State of California. I represent the Plaintiff International Fur Trade Federation ("IFF" or "Plaintiff") in this action. I have personal knowledge of the facts set forth in this declaration and could competently testify to such facts if called upon to do so. So as to avoid the burden on the Court of multiple declarations, I am filing only this declaration in support of the accompany Stipulation and Proposed Order, having first shared a draft of it with counsel for Defendants and counsel for the Intervenor-Defendants and received no objection to doing so.

2. I had been diligently preparing IFF's motion for summary judgment and was doing so last week when I faced several unanticipated difficulties (among them, a serious medical issue that I would rather not reveal in public court papers), including a delay in obtaining a declaration from a key witness/declarant who was unreachable because his son was just diagnosed with COVID-19.

3. I have conferred by email with counsel for Defendants and counsel for the Intervenor-Defendants, and we have continued to cooperate with each other to agree to modify the briefing schedule on IFF's motion for summary judgment, with a new proposed hearing date and Initial Case Management Conference date, subject to the Court's discretion and availability, as set forth in the stipulation and proposed order.

4. Counsel for the Parties continue to believe that our cross-motions should be heard at the same time and that it will conserve the Court's and our resources for the Initial Case Management Conference to be held after our potentially dispositive motions are decided; and

5. The adjusted schedule will not materially delay the resolution of this case

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Dated: May 22, 2020           */s/ Michael Tenenbaum*
                              Michael Tenenbaum

- 1 -
DECLARATION OF MICHAEL TENENBAUM IN SUPPORT OF STIPULATION AND ORDER