1   Michael Tenenbaum, Esq. (No. 186850)
    *mt@post.harvard.edu*
2   THE OFFICE OF MICHAEL TENENBAUM, ESQ.
    1431 Ocean Ave., Ste. 400
3   Santa Monica, CA  90401
    Tel     (424) 246-8685
4   Fax     (424) 203-4285
5
    *Counsel for Plaintiff International Fur Trade Federation*
6

7

8                        UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10

11  INTERNATIONAL FUR TRADE                 Case No. 3:20-cv-00242-RS
    FEDERATION, an unincorporated association;
12
                                    Plaintiff,
13                                            **STIPULATION AND [PROPOSED]
        – against –                           ORDER RE IFF'S COMBINED
14                                            OPPOSITION TO MOTIONS TO DISMISS**

15  CITY AND COUNTY OF SAN FRANCISCO;
    and
16
    DR. GRANT COLFAX, an individual, in his
17  official capacity as Director of the San
    Francisco Department of Public Health;
18
                                    Defendants,
19
                        and
20
    THE HUMANE SOCIETY OF THE UNITED
21  STATES; and

22  ANIMAL LEGAL DEFENSE FUND;

23                          Intervenor-Defendants

24

25

26

27

28

Plaintiff International Fur Trade Federation ("IFF"), Defendants City and County of San Francisco and Grant Colfax ("Defendants"), and Intervenor-Defendants The Humane Society of the United States and Animal Legal Defense Fund ("Intervenors") (collectively, the "Parties"), hereby stipulate as follows:

WHEREAS, on April 24, 2020, the Court entered an order (Dkt. 29) approving the Parties' stipulation regarding, *inter alia*, the briefing schedule on both Defendants' and Intervenors' motions to dismiss (Dkts. 30 & 33);

WHEREAS such briefing schedule contemplated that IFF would file an opposition to Defendants' motion to dismiss by May 25, 2020, and a *separate* opposition to Intervenors' motion to dismiss by June 1, 2020 (Dkt. 29);

WHEREAS, in the interest of avoiding the duplication of effort for the Court (and for itself) that filing two separate opposition briefs would entail, IFF has elected to file a single brief containing its combined opposition to both Defendants' and Intervenors' motions, which it filed on May 27, 2020 (Dkt. 39) (Tenenbaum Decl. ¶ 2);[1]

WHEREAS, while IFF was able to combine its opposition to both motions (which motions were 24 and 15 pages, respectively), and would have been able to take up to 25 pages to oppose each in separate briefs under Civil L.R. 7-3(a), IFF's combined opposition is 29 pages, which exceeds the ordinary page limit for a single brief (*id.* ¶ 3); and

WHEREAS the previously stipulated due date for Defendants' and Intervenors' reply briefs is June 18, 2020, which is over a month before the July 23, 2020, hearing on the Parties' motions, and the Parties agree to Defendants' and Intervenors' request for an additional day for their replies in light of the foregoing (*id.* ¶ 4);

NOW, THEREFORE, the Parties further stipulate and respectfully request that the Court for good cause enter an order approving their stipulation as follows:

1.    IFF's combined opposition (Dkt. 39) to Defendants' and Intervenors' motions to

---

[1]    Such filing on May 27, 2020, is five days earlier than the previously stipulated due date as to Intervenors' motion but, on account of the additional time IFF required to combine its opposition, two days later than the stipulated due date as to Defendants' motion — as to which neither Defendants nor Intervenors objects.

dismiss is accepted for filing without objection to its timeliness or length.

  2. Defendants shall have until June 19, 2020, to file their replies.

Dated:  May 28, 2020      /s/ Michael Tenenbaum

              Michael Tenenbaum, Esq.
              *mt@post.harvard.edu*
              THE OFFICE OF MICHAEL TENENBAUM, ESQ.

              *Counsel for Plaintiff International Fur Trade Federation*

Dated:  May 28, 2020      /s/Aileen M. McGrath*

              Aileen McGrath, Esq.
              *aileen.mcgrath@sfcityatty.org*
              DENNIS J. HERRERA, CITY ATTORNEY

              *Attorneys for Defendants City and County of San Francisco; a   nd Dr. Grant Colfax, an individual, in his official capacity as Director of the San Francisco Department of Public Health*

Dated:  May 28, 2020      /s/ Bruce A. Wagman*

              Bruce A. Wagman, Esq.
              *BWagman@rshc-law.com*
              RILEY SAFER HOLMES & CANCILA LLP

              *Attorneys for Intervenor-Defendants The Humane Society of the United States and Animal Legal Defense Fund*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  May __, 2020      _____

              Hon. Richard Seeborg
              United States District Judge

\*  Pursuant to Civil L.R. 5-1(i)(3), the filer of this document attests that concurrence in the filing of the document has been obtained from each of the other electronic signatories hereto.