Michael Tenenbaum, Esq. (No. 186850)
mt@post.harvard.edu
THE OFFICE OF MICHAEL TENENBAUM, ESQ.
1431 Ocean Ave., Ste. 400
Santa Monica, CA  90401
Tel     (424) 246-8685
Fax    (424) 203-4285

*Counsel for Plaintiff International Fur Trade Federation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL FUR TRADE FEDERATION, an unincorporated association;<br><br>Plaintiff,<br><br>– against –<br><br>CITY AND COUNTY OF SAN FRANCISCO; and<br><br>DR. GRANT COLFAX, an individual, in his official capacity as Director of the San Francisco Department of Public Health;<br><br>Defendants,<br><br>and<br><br>THE HUMANE SOCIETY OF THE UNITED STATES; and<br><br>ANIMAL LEGAL DEFENSE FUND;<br><br>Intervenor-Defendants | Case No. 3:20-cv-00242-RS<br><br>**DECLARATION OF MICHAEL TENENBAUM IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER RE IFF'S COMBINED OPPOSITION TO MOTIONS TO DISMISS** |

I, Michael Tenenbaum, declare as follows:

1.  I am a lawyer duly licensed in the State of California.  I represent the Plaintiff International Fur Trade Federation ("IFF" or "Plaintiff") in this action.  I have personal knowledge of the facts set forth in this declaration and could competently testify to such facts if called upon to do so.  So as to avoid the burden on the Court of multiple declarations, I am filing only this declaration in support of the accompanying Stipulation and Proposed Order, having first shared a draft of it with counsel for Defendants and counsel for Intervenors and received no objection to doing so.

2.  While the briefing schedule on Defendants' and Intervenors' separate motions to dismiss contemplated that IFF would file an opposition to Defendants' motion by May 25, 2020, and a separate opposition to Intervenors' motion, as I was preparing the oppositions I determined that I could avoid the duplication of effort for the Court (and for myself) that filing two separate opposition briefs would entail.  Having informed counsel for Defendants and for Intervenors, I filed a single brief containing IFF's combined opposition to both Defendants' and Intervenors' motions, which I filed on May 27, 2020.

3.  While I was able to combine IFF's opposition to both motions (which motions were 24 and 15 pages, respectively), and would have been able to take up to 25 pages to oppose each in separate briefs under Civil L.R. 7-3(a), IFF's combined opposition is 29 pages (even after substantial editing over two additional days to reduce its original size), which exceeds the ordinary page limit for a single brief.

4.  In light of the foregoing, I certainly agree to Defendants' and Intervenors' request for an additional day for their reply briefs.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Dated:  May 28, 2020            /s/ Michael Tenenbaum
                                Michael Tenenbaum

- 1 -
DECLARATION OF MICHAEL TENENBAUM IN SUPPORT OF STIPULATION AND ORDER