Michael Tenenbaum, Esq. (No. 186850)
mt@post.harvard.edu
THE OFFICE OF MICHAEL TENENBAUM, ESQ.
1431 Ocean Ave., Ste. 400
Santa Monica, CA  90401
Tel    (424) 246-8685
Fax    (424) 203-4285

*Counsel for Plaintiff International Fur Trade Federation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL FUR TRADE FEDERATION, an unincorporated association;<br><br>Plaintiff,<br><br>– against –<br><br>CITY AND COUNTY OF SAN FRANCISCO; and<br><br>DR. GRANT COLFAX, an individual, in his official capacity as Director of the San Francisco Department of Public Health;<br><br>Defendants,<br>and<br><br>THE HUMANE SOCIETY OF THE UNITED STATES; and<br><br>ANIMAL LEGAL DEFENSE FUND;<br><br>Intervenor-Defendants | Case No. 3:20-cv-00242-RS<br><br>**STIPULATION AND ORDER RE FILING OF THIRD AMENDED COMPLAINT** |

Plaintiff International Fur Trade Federation ("IFF"), Defendants City and County of San Francisco and Grant Colfax (together, "Defendants"), and Intervenor-Defendants The Humane Society of the United States and Animal Legal Defense Fund (together, "Intervenors") (collectively, the "Parties") hereby stipulate as follows:

WHEREAS, in response to IFF's original complaint in this action (Dkt. 1), Defendants filed a motion to dismiss (Dkt. 15) under both Rules 12(b)(1) and 12(b)(6) in which they argued, *inter alia*, that IFF had not alleged sufficient facts to establish Article III standing;

WHEREAS IFF and Defendants thereafter stipulated (Dkt. 23) to IFF's filing of a first amended complaint (Dkt. 25);

WHEREAS Defendants and Intervenors thereafter filed motions to dismiss the first amended complaint (Dkts. 30, 33) solely under Rule 12(b)(6), which motions the Court granted with leave to amend (Dkt. 61);

WHEREAS IFF thereafter filed a second amended complaint (Dkt. 62), in response to which Defendants and Intervenors have filed motions to dismiss (Dkts. 67, 70) in which Defendants (but not Intervenors) argue, *inter alia*, that IFF has not alleged sufficient facts to establish Article III standing;

WHEREAS, following IFF's efforts to meet and confer in response to Defendants' motion, IFF has indicated that it will file a third amended complaint to address Defendants' argument regarding standing;

**NOW, THEREFORE**:

1. Pursuant to Rule 15(a)(2), Defendants and Intervenors consent to IFF's filing of its third amended complaint by September 15, 2020;

2. The briefing and hearing schedule previously established by stipulation and Court order (Dkts. 64, 65) regarding Defendants' and Intervenors' motions to dismiss and IFF's motion for summary judgment on the second amended complaint (and the motions themselves) will be rendered moot upon the filing of IFF's third amended complaint; and

3. Within the time for Defendants and Intervenors to respond to the third amended complaint, the Parties will submit a stipulation and proposed order establishing a briefing and hearing

schedule regarding Defendants' and Intervenors' anticipated motions to dismiss and IFF's motion for summary judgment on the third amended complaint.

Dated:  September 9, 2020            /s/ Michael Tenenbaum
                                     Michael Tenenbaum, Esq.
                                     mt@post.harvard.edu
                                     THE OFFICE OF MICHAEL TENENBAUM, ESQ.

                                     *Counsel for Plaintiff International Fur Trade Federation*

Dated:  September 9, 2020            /s/Aileen M. McGrath*

                                     Aileen McGrath
                                     aileen.mcgrath@sfcityatty.org
                                     DENNIS J. HERRERA, CITY ATTORNEY

                                     *Attorneys for Defendants City and County of San Francisco; and Dr. Grant Colfax, an individual, in his official capacity as Director of the San Francisco Department of Public Health*

Dated:  September 9, 2020            /s/ Bruce A. Wagman*

                                     Bruce A. Wagman
                                     BWagman@rshc-law.com
                                     RILEY SAFER HOLMES & CANCILA LLP

                                     *Attorneys for Defendant-Intervenors The Humane Society of the United States and Animal Legal Defense Fund*

Dated:  September 9, 2020            /s/ Nicholas Arrivo*

                                     Nicholas Arrivo
                                     narrivo@humanesociety.org
                                     THE HUMANE SOCIETY OF THE UNITED STATES

                                     *Attorney for Defendant-Intervenor The Humane Society of the United States*

\*      Pursuant to Civil L.R. 5-1(i)(3), the filer of this document attests that concurrence in the filing of the document has been obtained from each of the other electronic signatories hereto.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: September 14, 2020

_____
Hon. Richard Seeborg
United States District Judge