DENNIS J. HERRERA, State Bar #139669
City Attorney
WAYNE SNODGRASS, State Bar #148137
AILEEN M. McGRATH, State Bar # 280846
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:     (415) 554-4691
Facsimile:     (415) 554-4699
E-Mail:        aileen.mcgrath@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO; and
DR. GRANT COLFAX, an individual, in his official capacity as
Director of the San Francisco Department of Public Health

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| INTERNATIONAL FUR TRADE FEDERATION, an unincorporated association,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; and DR. GRANT COLFAX, an individual, in his official capacity as Director of the San Francisco Department of Public Health,<br><br>Defendants.<br><br>THE HUMANE SOCIETY OF THE UNITED STATES and ANIMAL LEGAL DEFENSE FUND,<br><br>Defendant-Intervenors. | Case No. 3:20-cv-00242-RS<br><br>**STIPULATION AND ORDER RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Action Filed:     January 13, 2020<br>Trial Date:       None set. |
|---|---|

WHEREAS, the Initial Case Management Conference in this matter is currently set for Thursday, November 19, 2020;

WHEREAS, each of the parties to this case has filed a motion that may dispose of the entire case.  Defendant CITY AND COUNTY OF SAN FRANCISCO and DR. GRANT COLFAX, an individual, in his official capacity as Director of the San Francisco Department of Public Health (herein collectively, "Defendants") and Defendant-Intervenors THE HUMANE SOCIETY OF THE UNITED STATES and ANIMAL LEGAL DEFENSE FUND (herein collectively, "Defendant-Intervenors") have filed Motions to Dismiss Plaintiff INTERNATIONAL FUR TRADE FEDERATION's (herein, "Plaintiff") Third Amended Complaint under Federal Rule of Civil Procedure 12 (Dkt. Nos. 75, 77).  Plaintiff has filed a Motion for Partial Summary Judgment (Dkt. No. 81);

WHEREAS, the three motions are set to be heard by this Court on December 10, 2020;

WHEREAS, the parties have conferred regarding the Initial Case Management Conference and the topics to be discussed in the case management conference statement, and agree that it will be more efficient and productive to hold the conference after the Court has ruled on the parties' pending motions, because those motions may resolve this case or significantly affect discussions about scheduling, the scope of discovery, and other topics related to case management;

WHEREAS, postponing the Initial Case Management Conference will not affect any other deadlines currently set in the case;

THEREFORE, IT IS HEREBY AGREED AND STIPULATED, subject to the Court's approval, that:

The Initial Case Management Conference in this matter is rescheduled from November 19, 2020 to January 7, 2021.

IT IS SO STIPULATED.

/ / /

/ / /

| | |
|---|---|
| Dated: November 6, 2020 | DENNIS J. HERRERA<br>City Attorney<br>WAYNE SNODGRASS<br>AILEEN M. MCGRATH<br>Deputy City Attorneys |
| | By:  s/Aileen M. McGrath |
| | AILEEN M. MCGRATH<br>Attorneys for Defendants |
| | CITY AND COUNTY OF SAN FRANCISCO; and DR. GRANT COLFAX, an individual, in his official capacity as Director of the San Francisco Department of Public Health |
| Dated: November 6, 2020 | THE OFFICE OF MICHAEL TENENBAUM, ESQ. |
| | By: **s/Michael Tenenbaum |
| | Michael Tenenbaum, Esq. |
| | Attorneys for Plaintiff INTERNATIONAL FUR TRADE FEDERATION |
| Dated: November 6, 2020 | RILEY SAFER HOLMES & CANCILA LLP |
| | By: **s/Bruce A. Wagman |
| | Bruce A. Wagman |
| | Attorneys for Defendant-Intervenors THE HUMANE SOCIETY OF THE UNITED STATES and ANIMAL LEGAL DEFENSE FUND |
| Dated: November 6, 2020 | THE HUMANE SOCIETY OF THE UNITED STATES |
| | By: **s/Nicholas Arrivo |
| | Nicholas Arrivo |
| | Attorneys for Defendant-Intervenors THE HUMANE SOCIETY OF THE UNITED STATES |

**PURSUANT TO GO 45, THE ELECTRONIC SIGNATORY HAS OBTAINED APPROVAL FROM THIS SIGNATORY.

# **ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the Initial Case Management Conference in this matter is rescheduled from November 19, 2020 to January 7, 2021. All parties shall appear telephonically and must contact Court Conference at (866) 582-6878 at least one week prior to the Conference to arrange their participation.

IT IS SO ORDERED.

Date: November 6, 2020

HONORABLE RICHARD SEEBORG
United States District Judge