Michael Tenenbaum, Esq. (No. 186850)
mt@post.harvard.edu
THE OFFICE OF MICHAEL TENENBAUM, ESQ.
1431 Ocean Ave., Ste. 400
Santa Monica, CA  90401
Tel    (424) 246-8685
Fax   (424) 203-4285

*Counsel for Plaintiff International Fur Trade Federation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL FUR TRADE FEDERATION, an unincorporated association;<br><br>Plaintiff,<br><br>– against –<br><br>CITY AND COUNTY OF SAN FRANCISCO; and<br><br>DR. GRANT COLFAX, an individual, in his official capacity as Director of the San Francisco Department of Public Health;<br><br>Defendants,<br><br>and<br><br>THE HUMANE SOCIETY OF THE UNITED STATES; and<br><br>ANIMAL LEGAL DEFENSE FUND;<br><br>Intervenor-Defendants | Case No. 3:20-cv-00242-RS<br><br>**NOTICE OF APPEAL** |

PLEASE TAKE NOTICE that Plaintiff International Fur Trade Federation hereby appeals to the United States Court of Appeals for the Ninth Circuit from the judgment of the district court, entered on March 30, 2021, including all orders leading to the judgment.

Pursuant to FRAP 12(b) and Circuit Rule 3-2(b), a Representation Statement is attached hereto.

Respectfully submitted,

Dated:  April 29, 2021

/s/ Michael Tenenbaum
Michael Tenenbaum, Esq.
*mt@post.harvard.edu*
THE OFFICE OF MICHAEL TENENBAUM, ESQ.

*Counsel for Plaintiff International Fur Trade Federation*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:
| |
|---|
| International Fur Trade Federation |

Name(s) of counsel (if any):
| |
|---|
| Michael Tenenbaum, Esq. (The Office of Michael Tenenbaum, Esq.) |

Address: 1431 Ocean Ave., Ste. 400, Santa Monica, CA 90401-2136

Telephone number(s): (424) 246-8685

Email(s): mt@post.harvard.edu

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ◯ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:
| |
|---|
| City and County of San Francisco<br>Grant Colfax |

Name(s) of counsel (if any):
| |
|---|
| Dennis J. Herrera (City Attorney of San Francisco)<br>Wayne Snodgrass (City Attorney of San Francisco)<br>Tara M. Steeley (City Attorney of San Francisco) |

Address: City Hall, Room 234, 1 Dr. Carlton B. Goodlett Place

Telephone number(s): (415) 554-4655

Email(s): tara.steeley@sfcityatty.org

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                               1                               Rev. 12/01/2018

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ◯ Yes   ◯ No

**Appellees**

Name(s) of party/parties:

The Humane Society of the United States
Animal Legal Defense Fund

Name(s) of counsel (if any):

Bruce A. Wagman (Riley Safer Holmes & Cancila LLP)
Nicholas Arrivo (The Humane Society of the United States)

Address: 456 Montgomery St., 16th Flr., San Francisco, CA 94104

Telephone number(s): (415) 275-8540

Email(s): BWagman@rshc-law.com; narrivo@humanesociety.org

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**         *2*        *Rev. 12/01/2018*