UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 3 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

INTERNATIONAL FUR TRADE
FEDERATION,

　　　　　Plaintiff-Appellant,

　v.

CITY AND COUNTY OF SAN
FRANCISCO; GRANT COLFAX, an
individual, in his official capacity as Director
of the San Francisco Department of Public
Health,

　　　　　Defendants-Appellees,

THE HUMANE SOCIETY OF THE
UNITED STATES; ANIMAL LEGAL
DEFENSE FUND,

　　　　　Intervenor-Defendants-
　　　　　Appellees.

No.　21-15790

D.C. No. 3:20-cv-00242-RS
Northern District of California,
San Francisco

ORDER

Pursuant to the stipulation of the parties, Dkt. 41, this appeal is dismissed with

prejudice, each party to bear its own costs.  This order shall act as and for the

mandate of this court.

　　　　　　　　　　FOR THE COURT:

　　　　　　　　　　MOLLY C. DWYER
　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　By: Omar Cubillos
　　　　　　　　　　Deputy Clerk
　　　　　　　　　　Ninth Circuit Rule 27-7